RECEIVED
IN LAKE CHARLES, LA

JAN 25 2006
pam
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CLIFTON DEVON SMITH | : | DOCKET NO. 2:05-cv-343 |
| VS. | : | JUDGE TRIMBLE |
| RONALD E. WARE | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that plaintiff be barred from filing any other civil actions in United States District Courts *in forma pauperis* except for cases involving an imminent danger of serious physical injury.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 25th day of _____, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE